# EXHIBIT C

1  KATHRYN A. STEBNER (SBN 121088)
   DEENA K. ZACHARIN (SBN 141249)
2  **STEBNER AND ASSOCIATES**
   A PROFESSIONAL LAW CORPORATION
3  870 Market Street, Suite 1212
   San Francisco, CA  94102
4  Tel:   (415) 362-9800
   Fax:   (415) 362-9801
5
6  KIRSTEN FISH (SBN 217940)
   **NEEDHAM KEPNER & FISH LLP**
   1960 The Alameda, Suite 210
7  San Jose, CA 95126
   Tel:   (408) 244-2166
8  Fax:   (408) 244-7815
9  Attorneys for Plaintiff

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**05/21/2021**
Clerk of the Court
BY: JACKIE LAPREVOTTE
Deputy Clerk

**CGC-21-592111**

10
11            SUPERIOR COURT OF THE STATE OF CALIFORNIA

12                    COUNTY OF SAN FRANCISCO

13  CHAN-HIE KIM, individually and as co-trustee     CASE NO.
    of the Chan-Hie Kim & Sook-Chung Kim Trust,
14                                                   **PLAINTIFF'S NOTICE OF DEPOSIT OF**
          Plaintiff,                                 **JURY FEES**
15
    vs.
16
    WELLS FARGO, N.A.; WELLS FARGO &                 **JURY TRIAL DEMANDED**
17  COMPANY; BANK OF AMERICA, N.A.;
    BANK OF AMERICA CORPORATION;
18  VIRGEL MABINI; NANCY BECERRA; DOES
    1-100, inclusive
19
          Defendants.
20
          TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
21
          PLEASE TAKE NOTICE THAT pursuant to C.C.P. §631(b), Plaintiff CHAN-HIE KIM,
22
    individually and as co-trustee of the Chan-Hie Kim & Sook-Chung Kim Trust, hereby deposits jury
23
    fees in the amount of $150.00 for trial.
24
    Dated:  May 20, 2021                     STEBNER AND ASSOCIATE
25
26                               By:   _____
                                       Kathryn A. Stebner
27                                     Deena K. Zacharin
                                       Attorneys for Plaintiff

-1-
PLAINTIFF'S NOTICE OF DEPOSIT OF JURY FEES