Douglas A. Thompson (California Bar No. 155619)
douglas.thompson@bclplaw.com
Linda C. Hsu (California Bar No. 239880)
linda.hsu@bclplaw.com
Traci G. Choi (California Bar No. 307245)
traci.choi@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA
CORPORATION, and NANCY BECERRA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAN-HIE KIM, individually and as co-trustee of the Chan-Hie Kim & Sook-Chung Kim Trust,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO, N.A.; WELLS FARGO & COMPANY; BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; VIRGEL MABINI; NANCY BECERRA; AND DOES 1-100, inclusive,<br><br>Defendants. | Case No.<br><br>(San Francisco County Superior Court Case No. CGC-21-592111)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS BANK OF AMERICA, N.A. AND BANK OF AMERICA CORPORATION**<br><br>**[L.R. 3-15]** |

**TO THE UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF CHAN-HIE KIM, INDIVIDUALLY AND AS CO-TRUSTEE OF THE CHAN-HIE KIM & SOOK-CHUNG KIM TRUST:**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Bank of America, N.A. is wholly owned by BANA Holding Corporation ("BANA Holding"). BANA Holding is a direct, wholly owned subsidiary of BAC North America Holding Company ("BACNAH"). BACNAH is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings"). NB Holdings is a direct, wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

Dated: July 14, 2021

Douglas A. Thompson
Linda C. Hsu
Traci G. Choi
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Traci G. Choi*
    Traci G. Choi
Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, AND NANCY BECERRA

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1920 Main Street, Suite 1000, Irvine, California 92614-7276. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 14, 2021, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS BANK OF AMERICA, N.A. AND BANK OF AMERICA CORPORATION**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Kathryn A. Stebner, Esq.<br>Deena K, Zacharin, Esq.<br>STEBNER AND ASSOCIATES<br>870 Market Street, Suite 1212<br>San Francisco, CA 94102<br>Phone: (415) 362-9800<br>Fax: (415) 362-9801<br>Email: kathryn@stebnerassociates.com | ***Attorneys for Plaintiff*** |
| Kirsten Fish, Esq.<br>NEEDHAM KEPNER & FISH LLP<br>1960 The Alameda, Suite 210<br>San Jose, CA 95126<br>Phone: (408) 244-2166<br>Fax: (408) 244-7815<br>Email: kfish@nkf-law.com | |

Bryan Cave Leighton Paisner LLP
Attorneys At Law
Irvine

| | |
|---|---|
| Mary Kate Kamka, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>Three Embarcadero Center, Ste. 800<br>San Francisco, CA  94111<br>Phone:   (408) 244-2166<br>Fax:       (408) 244-7815<br>Email: marykate.kamka@troutman.com | ***Attorney for Defendants WELLS FARGO, N.A.; WELLS FARGO & COMPANY; VIRGEL MABINI*** |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 14, 2021, at Irvine, California.

*Angelina M. Andrade*
Angelina M. Andrade