KATHRYN A. STEBNER (SBN 121088)
Email: kathryn@stebnerassociates.com
DEENA K. ZACHARIN (SBN 141249)
Email: deena@stebnerassociates.com
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, CA 94102
Tel: (415) 362-9800
Fax: (415) 362-9801

KIRSTEN FISH (SBN 217940)
Email: kfish@nkf-law.com
**NEEDHAM KEPNER & FISH LLP**
1960 The Alameda, Suite 210
San Jose, CA 95126
Tel: (408) 244-2166
Fax: (408) 244-7815

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CHAN-HIE KIM, individually and as co-trustee of the Chan-Hie Kim & Sook-Chung Kim Trust,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO, N.A.; WELLS FARGO & COMPANY; BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; VIRGEL MABINI; NANCY BECERRA; DOES 1-100, inclusive<br><br>Defendants. | **CASE NO. 3:21-cv-05405-JD**<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Dept.: Courtroom 11 – 19th Floor; Hon. Judge James Donato<br><br>Complaint Filed: May 21, 2021<br>Action Removed: July 14, 2021 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 13, 2021            NEEDHAM KEPNER & FISH LLP

By: /s/ Kirsten Fish
_____
Kirsten Fish
Attorneys for Plaintiff