1 Douglas A. Thompson (California Bar No. 155619)
douglas.thompson@bclplaw.com
2 Linda C. Hsu (California Bar No. 239880)
linda.hsu@bclplaw.com
3 Traci G. Choi (California Bar No. 307245)
traci.choi@bclplaw.com
4 **BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
5 Santa Monica, California 90401-2386
Telephone: (310) 576-2100
6 Facsimile: (310) 576-2200

7 Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA
8 CORPORATION, and NANCY BECERRA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CHAN-HIE KIM, individually and as co-trustee of the Chan-Hie Kim & Sook-Chung Kim Trust,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO, N.A.; WELLS FARGO & COMPANY; BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; VIRGEL MABINI; NANCY BECERRA; DOES 1-100, inclusive<br><br>Defendants. | Case No. 3:21-cv-05405-JCS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANTS TO TRANSFER ACTION TO CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**<br><br>[Filed concurrently with Notice of Motion and Motion to Transfer Action; Memorandum of Points and Authorities; Declarations of Nancy Becerra and Tom R. Jordan; Proposed Order]<br><br>Honorable James Donato<br><br>Date: September 30, 2021<br>Time: 10:00 a.m.<br>Courtroom: 11 |

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Bank of America, N.A. ("BANA"), Bank of America Corporation ("BAC"), and Nancy Becerra (collectively, "Defendants") will, and hereby do, respectfully request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following documents attached as Exhibits 1 and 2:

Exhibit 1: San Bernardino County, Communities, Towns & Incorporated Cities website, https://www.sbcounty.gov/main/pages/Cities.aspx, accessed August 25, 2021.

Exhibit 2: Corporation – Statement of Information for Wells Fargo Bank, National Association, filed with the Secretary of State of the State of California on May 24, 2021, as Document ID GT47393.

"Under Federal Rule of Evidence 201, '[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.'" Fed. R. Evid. 201; *Neilson v. Union Bank of California, N.A.*, 290 F. Supp. 2d 1101, 1113. Specifically, the court may take judicial notice of "undisputed matters of public record." *Harris v. County of Orange*, 682 F.3d 1126, 1131-32 (9th Cir. 2012); *see also Greeson v. Imperial Irrigation Dist.*, 59 F.2d 529, 531 (9th Cir. 1932) (judicial knowledge is taking of "public documents").

The conditions for considering Exhibits 1 and 2 are met here. Exhibit 1 is an official website of the San Bernardino County, which lists the cities located in the County. Exhibit 1 and the facts contained therein are appropriate for judicial notice because they are capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned. *See* Fed. R. Evid. 201; *U.S. v. Perea-Rey*, 680 F.3d 1179, 1182 n.1 (9th Cir. 2012). Exhibit 2 is a Statement of Information from the California Secretary of State website. It is a publicly filed document, and the facts contained therein can also be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. *See* Fed. R. Evid. 201; *L'Garde, Inc. v. Raytheon Space & Airborne Sys.*, 805 F.Supp.2d 932, 937-38 (C.D. Cal. 2011).

Accordingly, Defendants respectfully request that the Court take judicial notice of Exhibits 1 and 2, in considering their Motion for an Order transferring this action to the Central District of California – Eastern Division.

Dated: August 26, 2021

Douglas A. Thompson
Linda C. Hsu
Traci G. Choi
**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Traci G. Choi*
     Traci G. Choi
Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, and NANCY BECERRA